UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAMMELL GLENN ROBINSON, III, <br><br> Plaintiff, <br><br> v. <br><br> RIDGECREST SUPERIOR COURT et al., <br><br> Defendants. | Case No.  1:24-cv-01106-KES-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN 30 DAYS <br><br> Docs. 2, 12 |

Plaintiff is a state prisoner proceeding pro se in this civil rights action.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On September 27, 2024, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed in forma pauperis be denied because plaintiff's prisoner trust account reflected that he has sufficient funds to pay the $405.00 filing fee for this action.  Doc. 12.  Those findings and recommendations were served on plaintiff and notified him that any objections thereto were due within 14 days of service.  *Id.* at 3.  Plaintiff filed objections on October 7, 2024, in which he explains the source of the funds in his account, states that he is not concerned about paying the filing fee to proceed, and asks if there is a way to

1

continue this case. Doc. 14.

Pursuant to 28 U.S.C. § 636 (b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 27, 2024, Doc. 12, are adopted in full;
2. Plaintiff's application to proceed in forma pauperis, Doc. 2, is denied; and
3. Within **30 days** following the date of service of this Order, plaintiff shall pay the $405.00 filing fee in full if he wishes to proceed with this action. If plaintiff fails to pay the filing fee as ordered, this action may be dismissed without further notice.

IT IS SO ORDERED.

Dated:   July 29, 2025

UNITED STATES DISTRICT JUDGE

2