# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAMMELL GLENN ROBINSON, III, | Case No. 1:24-cv-01106-KES-SAB |
| Plaintiff, | ORDER DISMISSING THE ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE |
| v. | |
| RIDGECREST SUPERIOR COURT, | |
| Defendant. | |

On July 29, 2025, the Court ordered plaintiff to pay the $405 filing fee within 30 days after finding he was not entitled to proceed in forma pauperis in this matter. Doc. 15. Plaintiff was warned that failure to pay the required filing fee as ordered may result in the dismissal of this action without further notice. *Id.* at 2. Despite the Court's warning, more than 30 days have passed, and plaintiff has failed to pay the required filing fee. Without such payment, the action cannot proceed before the Court. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly:

1. This action is dismissed without prejudice; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   November 6, 2025

_____
UNITED STATES DISTRICT JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28